diciembre 1, 1913, por medio de opinión. Se declara que existe causa probable para que los peticionarios queden bajo la custodia del alcaide de la cárcel de San Juan y se rebajan las fianzas a $1,000 y $4,000 respectivamente. Abogados del Pueblo: *Sres. Charles E. Foote, Fiscal de este tribunal y Luis Campillo y Jaime Sifre, Fiscales del Distrito de San Juan.* Abogados de los peticionarios: *Sres. Manuel F. Rossy y Rafael Guillermety.*

———·———

No. 292. Ex PARTE FRANCISCO JIMÉNEZ, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial No. 2632 otorgada por la National Surety Company el 24 de noviembre de 1913 y vigente desde el 16 del mismo mes. Resuelto en diciembre 1, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

———·———

No. 363. Ex PARTE PEDRO SANTANA NAVEDO, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial No. 2645 otorgada por la National Surety Company en diciembre 1, 1913. Resuelto en diciembre 3, 1913. Aprobada dicha fianza El peticionario compareció en nombre propio.

———·———

No. 140. ABOY, GIORGETTI & Co., LTD., PETICIONARIOS., *v.* CABÁN, SECRETARIO DE LA CORTE DE DISTRITO DE AGUADILLA, DEMANDADO.—Solicitud de *mandamus* presentada al Juez Asociado Sr. Aldrey. Moción de los peticionarios desistiendo de la solicitud. Resuelto en diciembre 8, 1913. Se tiene a los peticionarios por desistidos de su solicitud. Abogado de los peticionarios: *Sr. Herminio Díaz Navarro.*

———·———

No. 414. Ex PARTE SERGIO LEÓN LUGO, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial No. 2025 otor-

gada por la National Surety Company en diciembre 1, 1913. Resuelto en diciembre 8, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

———

No. 649. EX PARTE EUSEBIO SÁNCHEZ.—
No. 650. EX PARTE INOCENCIO ARDUÉN.—
Apelaciones interpuestas por el Fiscal contra resolución del Juez Asociado Sr. Aldrey. Mociones del Fiscal desistiendo de dichas apelaciones. Resueltas en diciembre 8, 1913. Concedidas las mociones. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogados de los peticionarios: *Sres. Manuel F. Rossy y Rafael Guillermety.*

———

No. 413. EX PARTE ALFONSO QUINTANA CAJAS, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en diciembre 8, 1913. Resuelto en diciembre 9, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

———

No. 1042. MARTÍNEZ ET AL., DEMANDANTES Y APELADOS, *v.* PORTO RICO RAILWAY, LIGHT & POWER CO., DEMANDADA Y APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de la parte apelada presentada en el acto de la vista para corregir la exposición del caso. Resuelto en diciembre 11, 1913. Denegada la moción. Abogado de los apelados: *Sr. H. R. Francis.* Abogado de la apelante: *Sr. J. Henri Brown.*

———

No. 189. EX PARTE MIGUEL GUERRA, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial personal otorgada